# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DANIELLE McCOY, et al., | * | |
| Plaintiffs, | * | Civil Action No. JMC-19-2137 |
| v. | * | |
| TRANSDEV SERVICES, INC., | * | |
| Defendant. | * | |

## FINAL APPROVAL ORDER AND JUDGMENT OF DISMISSAL

After reviewing the Joint Motion to Approve Settlement (ECF No. __224__) filed by Plaintiffs and Defendant, it is my determination that this Settlement Agreement was the product of arm's-length bargaining, the settling parties were adequately represented, and the Agreement represents a fair and just resolution of the Plaintiffs' claims against the Defendant. Accordingly, it is this __7th__ day of __October__, 2022, hereby ORDERED that:

1. The Motion (ECF No. __224__) is GRANTED and the Court approves the terms of this Settlement Agreement;

2. This case is dismissed with prejudice, except that pursuant to Local Rule 111, a party may move for good cause to reopen the case within 60 days of the date of this Order if the settlement is not consummated; and

3. The Clerk is directed to close this case subject to a motion to reopen in accordance with paragraph 2 of this Order.

Date: October 7, 2022

_____
J. Mark Coulson, Magistrate Judge
U.S. District Court for the District of Maryland